USCA1 Opinion

 

 November 28, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1613  WESTON J. STOW, Plaintiff, Appellant, v. STATE OF NEW HAMPSHIRE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Steven J. McAuliffe, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ____________________ Weston J. Stow on brief pro se. ______________ ____________________ ____________________ Per Curiam. Weston Stow appeals from the dismissal __________ of his civil rights action against the state of New Hampshire and its supreme court justices under 28 U.S.C. 1915(d). After reviewing the record and considering Stow's arguments on appeal, we affirm essentially for the reasons given in the order of the magistrate judge adopted by the district court. See Loc. R. 27.1. ___ Affirmed. ________